## Case No. 14,586.

### UNITED STATES v. BERREYESA.

[1 Hoff. Land Cas. 99.] [1]

District Court, N. D. California. Dec. Term, 1855.

MEXICAN LAND GRANT—VALIDITY OF GRANT.
The confirmation of this claim not disputed.

Claim [by Jose Santos Berreyesa] for four square leagues of land in Napa county [the rancho Mallacomes], confirmed by the board, and appealed by the United States.

S. W. Inge, U. S. Atty.
Thornton & Williams. for appellee.

HOFFMAN, District Judge. The genuineness of the grant is fully proved, and the circumstances mentioned appear in the expediente which is found in the archives. The boundaries of the land are proved to be well defined, being on three sides high mountains, on the fourth the rancho of Dr. Bale, from which the claimant's land is separated by an arroyo having a mill upon it erected by Dr. Bale. The claim was confirmed by the board. No objection is urged on the part of the United States, and we think their decision should be affirmed.

1 [Reported by Numa Hubert, Esq., and here reprinted by permission.]

UNITED STATES v. BERREYESA. See Case No. 15,140.